UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ATS PRODUCTS, INC, <br><br> Plaintiff, <br> v. <br><br> EUROX CO., <br><br> Defendants. | Case No. 3:13-cv-00086-MMD-VPC <br><br> ORDER <br><br> (Plf.'s Motion for Issuance of Letter of Request to Effectuate Service of Process Abroad – dkt. no. 6) |

Before the Court is Plaintiff ATS Products, Inc.'s Motion for Issuance of Letter of Request to Effectuate Service of Process Abroad (dkt. no 6).

Defendant Eurox Co., Ltd. resides in Taiwan. Taiwan is not a signatory to the Hague Convention on Service and, according to Plaintiff, does not permit service of process by mail. Plaintiff moves this Court for the issuance of a letter rogatory to serve Defendant with the Summons and Complaint. Plaintiff does not, however, sufficiently demonstrate that Taiwan recognizes no other procedure for serving process on parties in relation to civil actions pending in other countries.

In addition, Plaintiff attaches a deficient draft letter rogatory (dkt. no 6-4) in support of its Motion. The Court will not accept a draft letter that does not comply with the requirements of a proper letter rogatory.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Issuance of a Letter (dkt. no. 6) is DENIED.

DATED THIS 2nd day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE